# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Vital Pharmaceuticals Incorporated,<br><br>　　　　Defendant. | No. CV-11-02469-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Joint Motion to Dismiss Case (Doc. 58) and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice with leave to reinstate.

Dated this 15th day of June, 2018.

　　　　　　　　　　　_____
　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　United States District Judge